Opinion filed January 17, 2008 











 
 
  
 
 







 
 
  
 
 




Opinion filed January 17,
2008 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-07-00378-CR

                                                    __________

 

                                GREGG ALLEN LEDERER, Appellant

 

                                                             V.

 

                                         STATE
OF TEXAS, Appellee

 



 

                                               On
Appeal from the County Court

                                                        Eastland
County, Texas

                                                   Trial
Court Cause No. 07-485

 



 

                                                                   O
P I N I O N

Gregg
Allen Lederer has filed in this court a motion to withdraw his notice of
appeal.  The motion is signed by both appellant and his counsel.  The motion is
granted, and the appeal is dismissed.

 

PER CURIAM

 

January 17, 2008

Do not publish. 
See Tex. R. App. P. 47.2(b).

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.